UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MIRANDA TAYLOR                                                                                              PLAINTIFF

v.                                             No. 5:20-CV-05211

MIDLAND FUNDING LLC and
MIDLAND CREDIT MANAGEMENT, INC.                                                       DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, Defendants Midland Funding LLC and Midland Credit Management, Inc., are liable to Plaintiff Miranda Taylor on her complaint in this action as follows:

- Defendants are jointly and severally liable in the amount of $1,260, representing actual damages;

- Defendant Midland Funding LLC is severally liable in the amount of $1,000, representing statutory damages; and

- Defendant Midland Credit Management, Inc. is severally liable in the amount of $1,000, representing statutory damages.

Interest on this judgment will accrue at the rate of 0.09% per annum from the date of entry of this judgment until paid.

IT IS SO ADJUDGED this 2nd day of February, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE